[No. 48300-9-II.   Division Two.   January 31, 2017.]

*In the Matter of the Detention of* J.R.P.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-6-00139-6, Brian M. Tollefson, J., entered October 30, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 48309-2-II.   Division Two.   January 31, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE GORDON FARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03953-2, Michael E. Schwartz, J., entered November 20, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 48315-7-II.   Division Two.   January 31, 2017.]

THE STATE OF WASHINGTON, *Appellant*, v. KEVIN WALLACE COX, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 15-1-00209-0, Brian P. Coughenour, J., entered November 25, 2015. *Reversed* and *remanded* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 49464-7-II.   Division Two.   January 31, 2017.]

ADAM CHARLES TORRES, *Petitioner*, v. MEGAN JEWELL ROLAND, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-3-00643-1, Chris Wickham, J., entered December 11, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick and Sutton, JJ.